UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE BERNARD L. MADOFF
INVESTMENT SECURITIES LLC,

                       Debtor.

BAM L.P., MICHAEL MANN, and MERYL MANN,

                       Appellants,

-against-

IRVING H. PICARD, *Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*,

                       Appellee.

**ORDER**

21 Civ. 395 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the following schedule will apply to Appellants' Amended Joint Notice of Appeal "from the Judgment entered by the Bankruptcy Court for the Southern District of New York" (see Dkt. No. 3):

1. Appellants' papers are due by February 22, 2021;
2. Appellee's opposition is due by March 22, 2021; and
3. Appellants' reply, if any, is due by March 29, 2021.

Dated: New York, New York
        January 23, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge